UNITED STATES BANKRUPTCY COURT FOR THE       DISTRICT OF

IN RE:   (Debtors' names)                         CHAPTER 13
_____                CASE NO: _____
_____

# NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| **Business Name or Full Name of Creditor** (please print legibly or type): | This change applies to **PROOF OF CLAIM #** (if known):_____<br><br>Account # (if any) :_____ |
|---|---|
| **Old Payment Address** (or address to be replaced)**:** | **New Payment Address** (street, rural route or P.O. Box , City, State, and Zip)**:** |
| **Old Notice Address** (or address to be replaced): | **New Notice Address** (street, rural route or P.O. Box , City, State, and Zip)**:** |
| Date:_____ | _____<br>**Signature of person submitting change of address**<br>Name: _____<br>Address:_____<br>_____<br>_____<br>Phone #:_____ |

**THIS CHANGE APPLIES TO (CHECK ONE):  _____THIS CASE ONLY;   _____ALL PAYMENTS FOR ALL CASES AT PRIOR ADDRESS.**

**INSTRUCTIONS:**

*(IF YOU ARE AN E-FILER YOU MUST FILE THIS FORM ELECTRONICALLY)*

I